UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ERNEST TOMLINSON,            )
                             )
     Petitioner,             )
                             )
v.                           )   No.:  4:12-cv-3899-WMA-SGC
                             )
ERIC HOLDER, JR., et al.,    )
                             )
     Respondents.            )

### MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. # 13), filed April 3, 2014. In their motion, Respondents note that Petitioner was removed from the United States on March 27, 2014. (Doc. # 13-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

DONE this 9th day of April, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE